**FILED**
**CLERK**

7/11/2022 2:31 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BRIYONAH MCCLAIN,

        Plaintiff,

-against-

KISS NAIL PRODUCTS INC.,

        Defendants.

---

21-cv-05271-JMA-SIL

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Briyonah McClain ("Plaintiff") and the undersigned counsel for Defendants Kiss Nail Products Inc. ("Defendant"), that the above-captioned action be and is hereby dismissed and discontinued in its entirety as against each party with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and by electronic signatures, which shall bear the same force and effect as original signatures.

| | |
|---|---|
| **PHILLIPS & ASSOCIATES, PLLC**<br>585 Stewart Avenue, Suite 410<br>Garden City, New York 11530<br><br>By: _/s/_<br>    Cathryn Harris-Marchesi<br><br>*Attorney for Plaintiff*<br><br>Dated: 06/08/2022 | **JACKSON LEWIS P.C.**<br>666 Third Avenue, 29th Floor<br>New York, New York 10017<br><br>By: s/Richard I. Greenberg<br>    Richard I. Greenberg<br><br>*Attorney for Defendant*<br><br>Dated: 06/08/2022 |

SO ORDERED
/s/ JMA
_____
Hon. Joan Marie Azrack, U.S.D.J.

Dated: 7/11/2022